IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| DALE R. KUEHL, | ) | |
| | ) | |
| Plaintiff,[1] | ) | |
| | ) | |
| v. | ) | CV 124-044 |
| | ) | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Plaintiff filed the above-captioned case on April 9, 2024, and defense counsel waived service of summons on April 22, 2024. (Doc. nos. 1, 3.) After receiving an extension of time, Defendant filed its answer on July 10, 2024. (Doc. nos. 5, 6.) The deadline for the parties to confer as provided in Federal Rule of Civil Procedure 26(f) and then submit a joint 26(f) Report as set forth in the Court's prior Order has passed. (See doc. no. 2.) However, no Rule 26(f) Report has been filed. Accordingly, the Court **ORDERS** the parties to conduct a conference within fourteen days of the date of this Order, and to file a joint 26(f) Report within seven days of the date of the conference. The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 17th day of July, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court **DIRECTS** the **CLERK** to correct Plaintiff's name on the docket in accordance with the above caption, which is consistent with Plaintiff's Complaint. (See doc. no. 1, p. 1.)